FILED
JAN 13 2009
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

FILED
DEC 16 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

W08MC352

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| In re: § | |
| § | Petition No. 08-11554-cag |
| CHARLES EDWARD LINCOLN, III, § | |
| Debtor § | |

## ORDER

Came on this date to be considered, *sua sponte*, the status of this case. Debtor Charles Edward Lincoln, III ("Lincoln"), has filed this voluntary petition under Chapter 7 of the Bankruptcy Code. Prior to initiating this proceeding, sanctions in the amount of $150,000 were imposed against Lincoln in Case Number W-08-CA-010 because of his history of harassing litigation. Lincoln was precluded from filing any further pleadings or lawsuits in any federal court in Texas, or removing any Texas state case to federal court, until the sanctions were wholly paid into the registry of the court, or unless leave of court was first obtained. This Order was entered on March 25, 2008. Lincoln's present Chapter 7 Petition is in violation of the Court's Order as the sanction has not been satisfied, nor did Lincoln obtain leave of court before filing the petition. Accordingly, it is

ORDERED that the reference of this matter to the Bankruptcy Court is WITHDRAWN and this case is DISMISSED.

SIGNED this 16th day of December, 2008.

*[signature]*

WALTER S. SMITH, JR.
Chief United States District Judge

2